UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 10371 REK

RODNEY G. SMITH, EXECUTIVE DIRECTOR )
of the TEAMSTERS UNION 25 HEALTH SERVICES )
AND INSURANCE PLAN, )
                  MAGISTRATE JUDGE )
                Plaintiff, )
)
v. ) CIVIL ACTION NO.
)
SIGNATURE FLIGHT SUPPORT, )
)  RECEIPT # 54070
                Defendant. )  AMOUNT $150
)  SUMMONS ISSUED yes
                                                            LOCAL RULE 4.1
                  COMPLAINT          WAIVER FORM
                                       MCF ISSUED
            Introductory Statement    BY DPTY CLK
                                       DATE 2/24/04

1. This is an action brought on behalf of Teamsters Union 25 Health Services and Insurance Plan (hereinafter, the "Plan") for the collection of delinquent contributions to an employee welfare benefit plan.

## Jurisdiction and Venue

2. The jurisdiction of this Court is founded upon Section 502(e)(1) of the Employee Retirement Income Security Act of 1974 (hereinafter, "ERISA"), as amended, 29 U.S.C. §1132(e)(1), which grants the district courts of the United States exclusive jurisdiction of civil actions brought to enforce the terms of an employee benefit plan and/or the provisions of ERISA.

3. Venue is appropriate in this Court under Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), which provides that an action may be brought in the district where the plan is administered.

## Parties

4. Rodney G. Smith (hereinafter, "Plaintiff") is the Executive Director of the Plan and a "fiduciary" within the meaning of Section 502(a)(3) of ERISA, 29 U.S.C. §1132(a)(3). The

Plan is a "multi-employer plan" as that term is defined in Section 3(37)(A) of ERISA, 29 U.S.C. §1002(37)(A), and is an "employee benefit plan" or "plan" as that term is defined in Section 3(3) of ERISA, 29 U.S.C. §1002(3). The Plan is administered by Trustees and exists for the exclusive purpose of providing health, medical and related benefits to its participants and beneficiaries. The Plan has its principal office and is administered from 16 Sever Street, Charlestown, Massachusetts.

5. Signature Flight Support (hereinafter, "Defendant") is a Massachusetts corporation with a usual place of business at 60 Logan South Harbourside, Logan International Airport, Boston, Massachusetts 02128.

## Allegations of Fact

6. At all times material herein, the Defendant has been obligated to make monthly contributions to the Plan in accordance with the terms of an Agreement and Declaration of Trust executed between the Defendant and the Plan, said contributions to be made on behalf of each employee of the Defendant performing work within the scope of and/or covered by one or more collective bargaining agreements executed by the Defendant and Teamsters Local Union No. 25 (See Exhibit "A").

## Cause of Action

7. Plaintiff hereby realleges Paragraphs 1 through 6 above.

8. The Defendant has failed to make the required contributions to the Plan for the months of December 2003 and January 2004 and continuing through the present.

9. Based upon past monthly contributions, the Defendant is estimated to owe the Plan $20,976.00.

2

## Prayers For Relief

WHEREFORE, the Plaintiff prays that judgment enter for the following, all as provided for by Section 502(g)(2) of ERISA, 29 U.S.C. §1132(g)(2):

(1) The delinquent contributions;

(2) Interest on the delinquent contributions;

(3) Liquidated damages in the amount of 20% of the delinquent contributions;

(4) Reasonable attorney's fees and costs of this action; and

(5) Such other legal or equitable relief as deemed appropriate by this Court.

For the Plaintiff,
RODNEY G. SMITH,
EXECUTIVE DIRECTOR of the
TEAMSTERS UNION 25 AND
HEALTH SERVICES AND
INSURANCE PLAN,
By his attorneys,

Matthew E. Dwyer (BBO# 139840)
Brian M. Maser (BBO# 655667)
Dwyer, Duddy & Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108-1804
(617) 723-9777

Dated: February 23, 2004
\\server\data\l25hsip\signature flight support\plds\complaint.doc:blg

3