UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

RODNEY G. SMITH, EXECUTIVE DIRECTOR )
of the TEAMSTERS UNION 25 HEALTH SERVICES )
AND INSURANCE PLAN, )
)
                    Plaintiff, )
)
v. )   CIVIL ACTION NO.
)
SIGNATURE FLIGHT SUPPORT, )   04-10371 REK
)
                    Defendant. )
_____ )

## AGREEMENT FOR JUDGMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)

The Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services & Insurance Plan, and the Defendant, Signature Flight Support, hereby agree that the Clerk of Court may make the following entry on the docket for the above-captioned matter:

> "Judgment for the Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services & Insurance Plan, in the sum of $20,976.00, together with interest of $175.00, and costs of $150.00."

For the Plaintiff,
**Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services & Insurance Plan,**
By his attorneys,

_____
Matthew E. Dwyer (BBO# 139840)
Brian M. Maser (BBO# 655667)
Dwyer, Duddy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108
(617) 723-9777

Dated: March 30, 2004

For the Defendant,
**Signature Flight Support,**

By its attorney,

_____
Marc Abbott
Abbott, Reiss & Allen, P.C.
Attorneys at Law
309 West Park Avenue
Long Beach, NY 11561
(516) 889-2700

Dated: March 30, 2004

Approved by the Court:

_____
U.S.D.J.

f:\l25hsip\signature flight support\plds\agree.judg.doc:blg